IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| In Re: | No. 16-7177 |
| Ruth Groark, | Judge Cox |
| | Motion date: 5/24/2021 |
| Debtor | Trustee: Marilyn Marshall |

## MOTION FOR ENTRY OF DISCHARGE

Now comes Debtor, by and through her attorney, Loretta Kilday, and moves this court for entry of an order of discharge, and in support of this motion, states as follows:

1. Debtor filed her petition under 11 U.S.C. on March 1, 2016.

2. The plan was confirmed August 29, 2016.

3. The deadline for objection to dischargeability was June 6, 2016. No objections were filed to dischargeability.

4. No adversary proceedings have been filed.

5. Debtor has made all plan payments. Debtor attempted to send the Trustee's office a copy of her 2019 tax return.

6. The Trustee's office emailed Debtor's Attorney to upload the Debtor's 2019 tax return and sent a link with login name and password, but the login failed. A copy of Debtor's 2019 state and federal tax returns are attached hereto as Exhibit A.

WHEREFORE, Debtor prays the court enter a discharge order.

/s/ Loretta Kilday
Loretta Kilday, #6187301
Attorney for Debtor
3320 West Foster, #171
Chicago, IL 60625
224-216-0103
Kilday.loretta@outlook.com

# Form 1040 — Department of the Treasury—Internal Revenue Service (99)
## U.S. Individual Income Tax Return  2019
OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

**Filing Status** — Check only one box:
[X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

Your first name and middle initial: Ruth K
Last name: Groark
Your social security number: [redacted]

If joint return, spouse's first name and middle initial: 
Last name: 
Spouse's social security number: 

Home address (number and street): 4211 W 82nd St
Apt. no.: 
City, town or post office, state, and ZIP code: Chicago IL 60652-2226

Presidential Election Campaign: [ ] You  [ ] Spouse

Foreign country name: 
Foreign province/state/county: 
Foreign postal code: 

If more than four dependents, see instructions and ✓ here ▶ [ ]

**Standard Deduction** — Someone can claim: [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You: [ ] Were born before January 2, 1955  [ ] Are blind  Spouse: [ ] Was born before January 2, 1955  [ ] Is blind

**Dependents** (see instructions): (none listed)

| Line | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 28,348. |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest. Attach Sch. B if required | |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends. Attach Sch. B if required | |
| 4a | IRA distributions | |
| 4b | Taxable amount | |
| 4c | Pensions and annuities | |
| 4d | Taxable amount | |
| 5a | Social security benefits | |
| 5b | Taxable amount | |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | |
| 7a | Other income from Schedule 1, line 9 | 0. |
| 7b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** | 28,348. |
| 8a | Adjustments to income from Schedule 1, line 22 | |
| 8b | Subtract line 8a from line 7b. This is your **adjusted gross income** | 28,348. |
| 9 | Standard deduction or itemized deductions (from Schedule A) | 12,200. |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | |
| 11a | Add lines 9 and 10 | 12,200. |
| 11b | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- | 16,148. |

Standard Deduction for—
- Single or Married filing separately, $12,200
- Married filing jointly or Qualifying widow(er), $24,400
- Head of household, $18,350
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2019)

EXHIBIT A

Form 1040 (2019) Page **2**

| | | | | |
|---|---|---|---|---|
| 12a | Tax (see inst.) Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 12a | | 1,741. |
| b | Add Schedule 2, line 3, and line 12a and enter the total . . . . . . . . . . . ▶ | 12b | | 1,741. |
| 13a | Child tax credit or credit for other dependents . . . . . . . . | 13a | | |
| b | Add Schedule 3, line 7, and line 13a and enter the total . . . . . . . . . . . ▶ | 13b | | 200. |
| 14 | Subtract line 13b from line 12b. If zero or less, enter -0- . . . . . . . . . . . . | 14 | | 1,541. |
| 15 | Other taxes, including self-employment tax, from Schedule 2, line 10 . . . . . . . . . | 15 | | 0. |
| 16 | Add lines 14 and 15. This is your **total tax** . . . . . . . . . . . . . . . . ▶ | 16 | | 1,541. |
| 17 | Federal income tax withheld from Forms W-2 and 1099 . . . . . . . . . . . . . | 17 | | 2,748. |
| 18 | Other payments and refundable credits: | | | |
| a | Earned income credit (EIC) . . . . . . . . . . . . . . . . . No . | 18a | | |
| b | Additional child tax credit. Attach Schedule 8812 . . . . . . . . | 18b | | |
| c | American opportunity credit from Form 8863, line 8 . . . . . . . . | 18c | | |
| d | Schedule 3, line 14 . . . . . . . . . . . . . . . . . . . | 18d | | |
| e | Add lines 18a through 18d. These are your **total other payments and refundable credits** . . . ▶ | 18e | | |
| 19 | Add lines 17 and 18e. These are your **total payments** . . . . . . . . . . . . . ▶ | 19 | | 2,748. |

**Refund**

| | | | | |
|---|---|---|---|---|
| 20 | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** . . . . | 20 | | 1,207. |
| 21a | Amount of line 20 you want **refunded to you.** If Form 8888 is attached, check here . . . . . . ▶ ☐ | 21a | | 1,207. |

Direct deposit? See instructions.
▶ b Routing number [redacted]  ▶ c Type: ☒ Checking  ☐ Savings
▶ d Account number [redacted] 8

| 22 | Amount of line 20 you want applied to your 2020 estimated tax . . . . ▶ | 22 | | |

**Amount You Owe**

| 23 | **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instructions . . . . ▶ | 23 | | |
| 24 | Estimated tax penalty (see instructions) . . . . . . . . . . ▶ | 24 | | |

**Third Party Designee**
(Other than paid preparer)

Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS? See instructions. ☐ **Yes.** Complete below.   ☒ **No**

Designee's name ▶   Phone no. ▶   Personal identification number (PIN) ▶

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: retail | If the IRS sent you an Identity Protection PIN, enter it here (see inst.)
Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.)
Phone no. | | Email address | |

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ 3rd Party Designee |
| Firm's name ▶ Self-Prepared | | Phone no. | | ☐ Self-employed |
| Firm's address ▶ | | | Firm's EIN ▶ | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.   BAA   REV 03/08/20 Intuit.cg.cfp.sp   Form **1040** (2019)

| SCHEDULE 3 (Form 1040 or 1040-SR) Department of the Treasury Internal Revenue Service | Additional Credits and Payments ▶ Attach to Form 1040 or 1040-SR. ▶ Go to www.irs.gov/Form1040 for instructions and the latest information. | OMB No. 1545-0074 **2019** Attachment Sequence No. 03 |
|---|---|---|

Name(s) shown on Form 1040 or 1040-SR: Ruth K Groark

Your social security number: [redacted]

### Part I — Nonrefundable Credits

| # | Description | Amount |
|---|---|---|
| 1 | Foreign tax credit. Attach Form 1116 if required | |
| 2 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 3 | Education credits from Form 8863, line 19 | |
| 4 | Retirement savings contributions credit. Attach Form 8880 | 200. |
| 5 | Residential energy credits. Attach Form 5695 | |
| 6 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ _____ | |
| 7 | Add lines 1 through 6. Enter here and include on Form 1040 or 1040-SR, line 13b | 200. |

### Part II — Other Payments and Refundable Credits

| # | Description | Amount |
|---|---|---|
| 8 | 2019 estimated tax payments and amount applied from 2018 return | |
| 9 | Net premium tax credit. Attach Form 8962 | |
| 10 | Amount paid with request for extension to file (see instructions) | |
| 11 | Excess social security and tier 1 RRTA tax withheld | |
| 12 | Credit for federal tax on fuels. Attach Form 4136 | |
| 13 | Credits from Form: a ☐ 2439  b ☒ Reserved  c ☐ 8885  d ☐ _____ | |
| 14 | Add lines 8 through 13. Enter here and on Form 1040 or 1040-SR, line 18d | |

For Paperwork Reduction Act Notice, see your tax return instructions. REV 03/08/20 Intuit.cg.cfp.sp  Schedule 3 (Form 1040 or 1040-SR) 2019

Form **8880**
Department of the Treasury
Internal Revenue Service

**Credit for Qualified Retirement Savings Contributions**

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to www.irs.gov/Form8880 for the latest information.

OMB No. 1545-0074
**2019**
Attachment
Sequence No. **54**

Name(s) shown on return: Ruth K Groark

Your social security number: [redacted]

**⚠ CAUTION**
You **cannot** take this credit if **either** of the following applies.
- The amount on Form 1040 or 1040-SR, line 8b; or Form 1040-NR, line 35, is more than $32,000 ($48,000 if head of household; $64,000 if married filing jointly).
- The person(s) who made the qualified contribution or elective deferral **(a)** was born after January 1, 2002; **(b)** is claimed as a dependent on someone else's 2019 tax return; or **(c)** was a **student** (see instructions).

| # | Description | (a) You | (b) Your spouse |
|---|---|---|---|
| 1 | Traditional and Roth IRA contributions, and ABLE account contributions by the designated beneficiary for 2019. **Do not** include rollover contributions | | |
| 2 | Elective deferrals to a 401(k) or other qualified employer plan, voluntary employee contributions, and 501(c)(18)(D) plan contributions for 2019 (see instructions) | 4,018. | |
| 3 | Add lines 1 and 2 | 4,018. | |
| 4 | Certain distributions received **after** 2016 and **before** the due date (including extensions) of your 2019 tax return (see instructions). If married filing jointly, include **both** spouses' amounts in **both** columns. See instructions for an exception | | |
| 5 | Subtract line 4 from line 3. If zero or less, enter -0- | 4,018. | |
| 6 | In each column, enter the **smaller** of line 5 or $2,000 | 2,000. | |

| 7 | Add the amounts on line 6. If zero, **stop**; you can't take this credit | 2,000. |
|---|---|---|
| 8 | Enter the amount from Form 1040 or 1040-SR, line 8b;* or Form 1040-NR, line 35 | 28,348. |
| 9 | Enter the applicable decimal amount from the table below. | x 0 .1 |

| If line 8 is— | | And your filing status is— | | |
|---|---|---|---|---|
| Over— | But not over— | Married filing jointly | Head of household | Single, Married filing separately, or Qualifying widow(er) |
| | | Enter on line 9— | | |
| --- | $19,250 | 0.5 | 0.5 | 0.5 |
| $19,250 | $20,750 | 0.5 | 0.5 | 0.2 |
| $20,750 | $28,875 | 0.5 | 0.5 | 0.1 |
| $28,875 | $31,125 | 0.5 | 0.2 | 0.1 |
| $31,125 | $32,000 | 0.5 | 0.1 | 0.1 |
| $32,000 | $38,500 | 0.5 | 0.1 | 0.0 |
| $38,500 | $41,500 | 0.2 | 0.1 | 0.0 |
| $41,500 | $48,000 | 0.1 | 0.1 | 0.0 |
| $48,000 | $64,000 | 0.1 | 0.0 | 0.0 |
| $64,000 | --- | 0.0 | 0.0 | 0.0 |

**Note:** If line 9 is zero, **stop**; you can't take this credit.

| 10 | Multiply line 7 by line 9 | 200. |
|---|---|---|
| 11 | Limitation based on tax liability. Enter the amount from the Credit Limit Worksheet in the instructions | 1,741. |
| 12 | **Credit for qualified retirement savings contributions.** Enter the **smaller** of line 10 or line 11 here and on Schedule 3 (Form 1040 or 1040-SR), line 4; or Form 1040-NR, line 48 | 200. |

\* See Pub. 590-A for the amount to enter if you claim any exclusion or deduction for foreign earned income, foreign housing, or income from Puerto Rico or for bona fide residents of American Samoa.

For Paperwork Reduction Act Notice, see your tax return instructions.   BAA   REV 03/08/20 Intuit.cg.cfp.sp   Form **8880** (2019)

Illinois Department of Revenue

# 2019 Form IL-1040
**Individual Income Tax Return** or for fiscal year ending ___/___

Over 80% of taxpayers file electronically. It is easy and you will get your refund faster. Visit tax.illinois.gov.

## Step 1: Personal Information
A

1959

Ruth K          Groark

4211 W 82nd St
Chicago        IL   606522226   COOK



B **Filing status:** [X] Single  [ ] Married filing jointly  [ ] Married filing separately  [ ] Widowed  [ ] Head of household
C **Check** If someone can claim you, or your spouse if filing jointly, as a dependent. See instructions.  [ ] You  [ ] Spouse
D **Check** the box if this applies to you during 2019:  [ ] Nonresident - **Attach** Sch. NR   [ ] Part-year resident - **Attach** Sch. NR

### Step 2: Income (Whole dollars only)
1 Federal adjusted gross income from your federal Form 1040 or 1040-SR, Line 8b. — 1  28,348.00
2 Federally tax-exempt interest and dividend income from your federal Form 1040 or 1040-SR, Line 2a. — 2  .00
3 Other additions. **Attach** Schedule M. — 3  .00
4 **Total income.** Add Lines 1 through 3. — 4  28,348.00

### Step 3: Base Income
5 Social Security benefits and certain retirement plan income received if included in Line 1. **Attach** Page 1 of federal return. — 5  .00
6 Illinois Income Tax overpayment included in federal Form 1040 or 1040-SR, Schedule 1, Ln. 1. — 6  .00
7 Other subtractions. **Attach** Schedule M. — 7  .00
   Check if Line 7 includes any amount from Schedule 1299-C. [ ]
8 Add Lines 5, 6, and 7. This is the total of your subtractions. — 8  .00
9 **Illinois base income.** Subtract Line 8 from Line 4. — 9  28,348.00

### Step 4: Exemptions
10 a Enter the exemption amount for yourself and your spouse. **See instructions.** — a  2,275.00
   b **Check** if 65 or older:  [ ] You  +  [ ] Spouse  # of checkboxes X $1,000 =  b  .00
   c **Check** if legally blind:  [ ] You  +  [ ] Spouse  # of checkboxes X $1,000 =  c  .00
   d If you are claiming dependents, enter the amount from Schedule IL-E/EIC, Step 2, Line 1.
     **Attach** Schedule IL-E/EIC. — d  0.00
   **Exemption allowance.** Add Lines a through d. — 10  2,275.00

### Step 5: Net Income and Tax
11 **Residents:** Net income. Subtract Line 10 from Line 9.
   **Nonresidents and part-year residents:** Enter the **Illinois net income** from Schedule NR. **Attach** Schedule NR. — 11  26,073.00
12 **Residents:** Multiply Line 11 by 4.95% (.0495). Cannot be less than zero.
   **Nonresidents and part-year residents:** Enter the tax from Schedule NR. — 12  1,291.00
13 Recapture of investment tax credits. **Attach** Schedule 4255. — 13  .00
14 **Income tax.** Add Lines 12 and 13. Cannot be less than zero. — 14  1,291.00

### Step 6: Tax After Nonrefundable Credits
15 Income tax paid to another state while an Illinois resident. **Attach** Schedule CR. — 15  .00
16 Property tax and K-12 education expense credit amount from Schedule ICR.
   **Attach** Schedule ICR. — 16  .00
17 Credit amount from Schedule 1299-C. **Attach** Schedule 1299-C. — 17  .00
18 Add Lines 15, 16, and 17. This is the total of your credits. Cannot exceed the tax amount on Line 14. — 18  0.00
19 **Tax after nonrefundable credits.** Subtract Line 18 from Line 14. — 19  1,291.00

### Step 7: Other Taxes
20 Household employment tax. See instructions. — 20  .00
21 Use tax on internet, mail order, or other out-of-state purchases from UT Worksheet or UT Table
   in the instructions. **Do not** leave blank. — 21  0.00
22 Compassionate Use of Medical Cannabis Program Act and sale of assets by gaming licensee surcharges. — 22  .00
23 **Total Tax.** Add Lines 19, 20, 21, and 22. — 23  1,291.00

IL-1040 2D Front (R-12/19)  This form is authorized as outlined under the Illinois Income Tax Act. Disclosure of this information is required. Failure to provide information could result in a penalty.



| | | | |
|---|---|---|---|
| 24 | Total tax from Page 1, Line 23. | 24 | 1,291.00 |

**Step 8: Payments and Refundable Credit**

| | | | |
|---|---|---|---|
| 25 | Illinois Income Tax withheld. **Attach** Schedule IL-WIT. | 25 | 1,403.00 |
| 26 | Estimated payments from Forms IL-1040-ES and IL-505-I, including any overpayment applied from a prior year return. | 26 | .00 |
| 27 | Pass-through withholding. **Attach** Schedule K-1-P or K-1-T. | 27 | .00 |
| 28 | Earned Income Credit from Schedule IL-E/EIC, Step 4, Line 8. **Attach** Schedule IL-E/EIC. | 28 | .00 |
| 29 | **Total payments and refundable credit.** Add Lines 25 through 28. | 29 | 1,403.00 |

**Step 9: Total**

| | | | |
|---|---|---|---|
| 30 | If Line 29 is greater than Line 24, subtract Line 24 from Line 29. | 30 | 112.00 |
| 31 | If Line 24 is greater than Line 29, subtract Line 29 from Line 24. | 31 | .00 |

**Step 10: Underpayment of Estimated Tax Penalty and Donations** - Only complete Step 10 for late-payment penalty for underpayment of estimated tax or to make a voluntary charitable donation.

| | | | |
|---|---|---|---|
| 32 | Late-payment penalty for underpayment of estimated tax. | 32 | .00 |
| a | ☐ Check if at least two-thirds of your federal gross income is from farming. | | |
| b | ☐ Check if you or your spouse are 65 or older and permanently living in a nursing home. | | |
| c | ☐ Check if your income was not received evenly during the year and you annualized your income on Form IL-2210. **Attach** Form IL-2210. | | |
| d | ☐ Check if you were not required to file an Illinois Individual Income Tax return in the previous tax year. | | |
| 33 | Voluntary charitable donations. **Attach** Schedule G. | 33 | .00 |
| 34 | **Total penalty and donations.** Add Lines 32 and 33. | 34 | .00 |

**Step 11: Refund**

| | | | |
|---|---|---|---|
| 35 | If you have an amount on Line 30 and this amount is greater than Line 34, subtract Line 34 from Line 30. This is your **overpayment**. | 35 | 112.00 |
| 36 | Amount from Line 35 you want **refunded to you**. Check **one** box on Line 37. See instructions. | 36 | 112.00 |
| 37 | I choose to receive my refund by | | |
| a | ☒ **direct deposit** - Complete the information below if you check this box. | | |

Routing number: 0 7 1 0 2 5 6 6 1    ☒ Checking or ☐ Savings
Account number: 7 1 1 0 0 4 9 4 1 8

b ☐ **Illinois Individual Income Tax refund debit card.** I acknowledge I have reviewed the card information found at http://tax.illinois.gov/DebitCard prior to making this election.

c ☐ **paper check.**

| | | | |
|---|---|---|---|
| 38 | Amount to be **credited forward.** Subtract Line 36 from Line 35. See instructions. | 38 | .00 |

**Step 12: Amount You Owe**

| | | | |
|---|---|---|---|
| 39 | If you have an amount on Line 31, add Lines 31 and 34. **- or -** If you have an amount on Line 30 and this amount is less than Line 34, subtract Line 30 from Line 34. This is the **amount you owe.** See instructions. | 39 | .00 |

**Step 13:** If this is a joint return, both you and your spouse must sign below.
Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

**Sign Here**
Your signature | Date (mm/dd/yyyy) | Spouse's signature | Date (mm/dd/yyyy) | Daytime phone number: (708) 571-4475

**Paid Preparer Use Only**
Print/Type paid preparer's name | Paid preparer's signature: Self-Prepared | Date (mm/dd/yyyy) | ☐ Check if self-employed | Paid Preparer's PTIN
Firm's name ▶ | | Firm's FEIN ▶ |
Firm's address ▶ | | Firm's phone ▶ ( )

**Third Party Designee**
Designee's name (please print) | Designee's phone number ( ) | ☐ Check if the Department may discuss this return with the third party designee shown in this step.

**Refer to the 2019 IL-1040 Instructions for the address to mail your return.**

IL-1040 2D Back (R-12/19)
Printed by authority of the State of Illinois - web only, 1.    DR_____ AP_____    RR    DC    IR    ID